UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EUN JUNG CHOI,
       Plaintiff,

   -v-

AMSTERDAM NURSING HOME
CORPORATION, et al.,
       Defendants.

20-CV-10068 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

  For the second time in a row, counsel for the parties have failed to submit a proposed case management plan in advance of the scheduled initial conference as required by this Court's order dated February 25, 2021. Only after being prompted by the Court's staff did counsel for the parties apparently become aware of the Court's scheduled conferences — and the explicitly stated requirement that the parties confer and submit a proposed case management plan *at least three business day in advance* of the scheduled conference. For a second time, counsel for the parties have requested an adjournment on the eve of the conference, ignoring the Court's directive that any request for an adjournment (1) must be made "at least three business days before the conference," and (2) must "specify the reasons for the adjournment." (Dkt. No. 10.)

  The Court has expended valuable time and calendar resources scheduling this case for conference, yet the parties do not seem interested in moving the case forward. The Court has adjourned the initial conference, yet again, to May 4, 2021. If the parties fail to appear for that conference, or if they fail to submit a proposed case management plan at least three business days before the conference, this case will be dismissed for failure to prosecute.

  SO ORDERED.

Dated: April 14, 2021
   New York, New York

                  _____
                     J. PAUL OETKEN
                  United States District Judge