**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
EUN JUNG CHOI,

                Plaintiff,                      20-CV-10068 (JPO) (OTW)

                -against-                        **ORDER**

AMSTERDAM NURSING HOME CORPORATION, et al.,

                Defendants.

------------------------------------------------------------x

**ONA T. WANG**, **United States Magistrate Judge**:

It has come to the Court's attention that confidential settlement discussions protected from disclosure pursuant to Federal rule of Evidence 408 have been filed on the docket by Plaintiff. (ECF 28). The Clerk of court is directed to strike ECF 28 from the docket.

    **SO ORDERED.**

                                                     *s/ Ona T. Wang*

Dated: January 5, 2022                           **Ona T. Wang**
        New York, New York                United States Magistrate Judge